# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESLEY GACHETT,<br>*on behalf of himself and those similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES; STEVEN SANDS; and JOHN DOES 1 to 10,<br><br>　　　　　　　Defendants. | Civil Action No. 2:19-cv-17537-MCA-LDW<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

　　　Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action without prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiff<br><br>*s/Yongmoon Kim* |
| DATED: May 30, 2020 | Yongmoon Kim |
|  | GORDON REES SCULLY MANSUKHANI<br>Attorneys for Defendants<br><br>*s/Andrew M. Schwartz* |
| DATED: May 30, 2020 | Andrew M. Schwartz |
|  | SO ORDERED: |
| DATED:　June 1, 2020 |  |
|  | Madeline Cox Arleo, U.S.D.J. |